IN THE COURT OF CRIMINAL APPEALS

OF TEXAS





NO. WR-38,835-07






EX PARTE REMIGIO ARCINIEGA MARTINEZ, Applicant








ON APPLICATION FOR WRIT OF HABEAS CORPUS 


 CAUSE NUMBER 2003-CR-5033-W1 IN THE 

 144th JUDICIAL DISTRICT COURT

FROM BEXAR COUNTY 





 Per Curiam.



O R D E R


 This is an application for a writ of habeas corpus that was transmitted to this Court by
the clerk of the trial court pursuant to the provisions of Article 11.07, Section 3, of the Texas
Code of Criminal Procedure. Ex Parte Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). 
Applicant was convicted of arson of a habitation and his sentence was assessed at thirty-five
years' confinement. No direct appeal was taken. 

 After a review of the record, we find that Applicant's claim that his counsel rendered
ineffective assistance is denied. Applicant's remaining claim regarding the failure to award
pre-sentence jail time credit is dismissed pursuant to Ex parte Ybarra, 149 S.W.3d 147
(Tex.Crim. App. 2004).

DELIVERED: September 12, 2007

DO NOT PUBLISH